Jason Flanders (Bar No. 238007)
Andrea Kopecky (Bar No. 276366)
SAN FRANCISCO BAYKEEPER
785 Market Street, Suite 850
San Francisco, California 94103
Telephone: (415) 856-0444
Facsimile: (415) 856-0443
Email: jason@baykeeper.org
Email: andrea@baykeeper.org

Drevet Hunt (Bar No. 240487)
LAWYERS FOR CLEAN WATER, INC.
1004A O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 440-6520
Facsimile: (415) 440-4155
Email: drev@lawyersforcleanwater.com

Attorneys for Plaintiff:
BAYKEEPER

FILED
APR 30 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BAYKEEPER, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZANKER ROAD RESOURCE MANAGEMENT, LTD.,<br><br>Defendant. | Civil No. CV 12 2157 HRL<br><br>DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS<br><br>(Civil Local Rule 3-16) |

**DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**

Based on Baykeeper's knowledge to date, pursuant to Civil Local Rule 3-16, the undersigned certifies that, as of this date, other than the named parties, there is no such interest to report.

Dated: April 30, 2012

Respectfully Submitted,

By: _____
Jason Flanders
Attorney for Plaintiff
BAYKEEPER