*E-filed: October 24, 2012*

1  Jason Flanders (Bar No. 238007)
   Andrea Kopecky (Bar No. 276366)
2  SAN FRANCISCO BAYKEEPER, INC.
   785 Market Street, Suite 850
3  San Francisco, California 94103
   Telephone: (415) 856-0444
4  Facsimile: (415) 856-0443
   Email: jason@baykeeper.org
5  Email: andrea@baykeeper.org

6
   Drevet Hunt (Bar No. 240487)
7  LAWYERS FOR CLEAN WATER, INC.
   1004A O'Reilly Avenue
8  San Francisco, California 94129
   Telephone: (415) 440-6520
9  Facsimile: (415) 440-4155
   Email: drev@lawyersforcleanwater.com
10

11 Attorneys for Plaintiff
   BAYKEEPER
12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                            SAN JOSE DIVISION

16

17 | BAYKEEPER, a non-profit corporation, | Civil Case No. C 12-02157-HRL |
|---|---|
18 | Plaintiff, | Hon. Howard R. Lloyd |
19 | v. | **[PROPOSED]** ORDER OF ENTRY OF CONSENT DECREE, AND DISMISSAL |
20 | ZANKER ROAD RESOURCE MANAGEMENT, LTD., | |
21 | | |
22 | Defendant. | |

23

24

25

26

27

28

[Proposed] Order                                          Civil Case No. C 12-02157-HRL

**[PROPOSED] ORDER OF ENTRY OF CONSENT DECREE, AND DISMISSAL**

WHEREAS, the Parties in the above captioned action have reached a settlement whose specific terms are set forth in the [Proposed] Consent Decree (Dkt. 12-1).

WHEREAS, as required by federal law, a copy of the [Proposed] Consent Decree was mailed on August 9, 2012, to the U.S. Department of Justice ("DOJ") and to the U.S. Environmental Protection Agency for a mandatory 45-day review period under Section 135.5 of Title 40 of the Code of Federal Regulations. The 45-day review period commenced on August 14, 2012, and terminated on September 28, 2012.

WHEREAS, DOJ approved the [Proposed] Consent Decree and submitted its approval letter to the Court on September 26, 2012 (Dkt. 12-2).

IT IS HEREBY ORDERED that the [Proposed] Consent Decree is fully incorporated herein by reference, and is entered as an Order of the Court.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over Case No. CV-12-02157-HRL for the sole purpose of enforcing compliance by the Plaintiff and Defendant with the terms of the [Proposed] Consent Decree.

IT IS FURTHER ORDERED that the above captioned action against Defendant is dismissed with prejudice.

IT IS SO ORDERED.

Date: October 24, 2012

NORTHERN DISTRICT OF CALIFORNIA

_____
Honorable Howard R. Lloyd
United States District Court
Northern District of California